[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12288
Non-Argument Calendar
_____

D.C. Docket No. 0:13-cv-61222-KAM

RAFAEL ALBERTO LLOVERA LINARES,

Plaintiff-Appellant,

versus

ARMOR CORRECTIONAL HEALTH SERVICES, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 28, 2015)

Before MARCUS, WILLIAM PRYOR, and EDMONDSON, Circuit Judges.

PER CURIAM:

Rafael Linares, proceeding *pro se*, appeals the district court's *sua sponte* dismissal of his complaint for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine.[*]

We review a district court's application of the *Rooker-Feldman* doctrine *de novo*. *Lozman v. City of Riviera Beach*, 713 F.3d 1066, 1069-70 (11th Cir. 2013). Under the *Rooker-Feldman* doctrine, federal district courts lack subject matter jurisdiction to review, reverse, or invalidate a final state court decision. *Nicholson v. Shafe*, 558 F.3d 1266, 1268 (11th Cir. 2009). The doctrine applies to cases in which a party complains of injuries caused by a state court judgment and invites the district court to review and reverse that judgment. *Exxon Mobil Corp. v. Saudi Basic Indus.*, 544 U.S. 280, 284, 125 S.Ct. 1517, 1521-22, 161 L.Ed.2d 454 (2005). If at any time the district court determines that it lacks subject matter jurisdiction, it must dismiss the action. FED.R.CIV.P. 12(h)(3).

Here, Linares sought to have the district court review the state court's judgment and send the case back to state court. Under the *Rooker-Feldman* doctrine, the district court did not have subject matter jurisdiction either to review

---

[*] The *Rooker-Feldman* doctrine derives from *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923), and *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

the state court judgment or to grant the requested relief.  The district court did not

err by dismissing the case *sua sponte*.  FED.R.CIV.P. 12(h)(3).

**AFFIRMED.**